# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| YAN SUI, | |
|     Plaintiff, | Case No. SACV 16-00223 JAK (AJW) |
| v. | |
| WELLS FARGO BANK, N.A., et al., | ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |
|     Defendants. | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report") and the objections to the Report. Good cause appearing, the Court accepts the findings and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

**IT IS SO ORDERED**.

DATED: November 20, 2017

_____
John A. Kronstadt
United States District Judge