UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| YAN SUI, | ) | |
| Plaintiff, | ) ) ) | No. SACV 16-00223 JAK (AJW) |
| v. | ) ) | |
| WELLS FARGO BANK, N.A., et al., | ) ) | J U D G M E N T |
| Defendants. | ) ) | |

**IT IS ADJUDGED** that: (1) plaintiff's claims against Dentons US LLP and Jess R. Bressi are dismissed without prejudice for lack of subject matter jurisdiction; (2) plaintiff's state law claims are dismissed without prejudice for lack of subject matter jurisdiction; and (3) plaintiff's remaining claims are dismissed in their entirety with prejudice.

DATED: November 20, 2017

_____
JOHN A. KRONSTADT
United States District Judge